UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

RONALD UNTERSHINE and JULIE VOEKS,
Individually and on behalf all others similarly
situated,

        Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT,
INC.,

        Defendant.

Case No.: 18-cv-1484-WED

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant ENCORE RECEIVABLE MANAGEMENT, INC. ("Encore") furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of the Defendant is: Encore Receivable Management, Inc.

   a. Encore is the wholly owned subsidiary of Concentrix CVG Customer Management Group, Inc.

   b. Concentrix CVG Customer Management Group, Inc. is the wholly owned subsidiary of Concentrix CVG Corporation.

   c. Concentrix CVG Corporation is not a publicly traded company.

2. Defendant appears by David M. Schultz and Jennifer W. Weller, Hinshaw & Culbertson LLP.

Dated:  December 21, 2018         HINSHAW & CULBERTSON LLP

                                  By:  /s/ Jennifer W. Weller
                                       David M. Schultz ARDC 6197596
                                       Jennifer W. Weller ARDC 6270826
                                       151 N. Franklin St., Suite 2500
                                       Chicago, IL 60606
                                       Phone No.  312-704-3000
                                       Fax No.  312-704-3001
                                       Email:  dschultz@hinshawlaw.com
                                       Email:  jweller@hinshawlaw.com

                                       ***Attorneys for Defendant Encore Receivable
                                       Management, Inc.***


## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically filed with the Clerk of the U.S. District Court, Eastern District of Wisconsin, Milwaukee Division, the foregoing **Corporate Disclosure Statement** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record listed below:

John D. Blythin
Mark A. Eldrige
Jesse Fruchter
Ben J. Slatky
Ademi & O'Reilly LLP
3620 E. Layton Avenue
Cudahy, WI  53110
Email:  jblythin@ademilaw.com
Email:  meldridge@ademilaw.com
Email: jfruchter@ademilaw.com
Email: bslatky@ademilaw.com

                                         /s/ Jennifer W. Weller