UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| RONALD UNTERSHINE, JULIE VOEKS, MARLENE KANEHL and VESTA BILLS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT INC.,<br><br>        Defendant. | Case No.: 18-cv-1484<br><br>**DISCLOSURE STATEMENT** |

The undersigned, counsel of record for Plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

I.    MARLENE KANEHL:

    1.    MARLENE KANEHL is a plaintiff.

    2.    MARLENE KANEHL is a natural person.

    3.    No other counsel is currently expected to appear for this plaintiff.

I.    PATRICK BILLS:

    1.    PATRICK BILLS is a plaintiff.

    2.    PATRICK BILLS is a natural person.

    3.    No other counsel is currently expected to appear for this plaintiff.

Respectfully submitted,

Dated: February 6, 2019                                       **ADEMI & O'REILLY, LLP**

1

/s/ John D. Blythin
John D. Blythin (SBN 1046105)
Mark A. Eldridge (SBN 1089944)
Jesse Fruchter (SBN 1097673)
Ben J. Slatky (SBN 1106892)
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
jblythin@ademilaw.com
meldridge@ademilaw.com
jfruchter@ademilaw.com
bslatky@ademilaw.com