# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

RONALD UNTERSHINE, et al.,

        Plaintiffs,

v.                               Case No. 18-CV-1484

ENCORE RECEIVABLE MANAGEMENT, INC.,

        Defendant.

☒     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the defendant's motion to dismiss the amended complaint (ECF No. [17]) is **granted** and this action is **dismissed**.

Date: August 9, 2019

                                          Stephen C. Dries, Clerk of Court
                                          EASTERN DISTRICT OF WISCONSIN
                                          (By) Deputy Clerk, s/Mary Murawski
                                          Approved this 9th day of August, 2019.

                                          _____
                                          WILLIAM E. DUFFIN
                                          United States Magistrate Judge